# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARJEET PANNU SINGH,<br><br>　　　　Petitioner,<br><br>　v.<br><br>THOMAS GILES, Acting Field Office Director, Immigration and Customs Enforcement, et al.,<br><br>　　　　Respondents. | Case No. EDCV 19-2244 VBF (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　IT IS ORDERED that Judgment shall be entered dismissing this action without prejudice.

\\

\\

\\

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the
2 Judgment herein on counsel for Petitioner and counsel for Respondents.

4    LET JUDGMENT BE ENTERED ACCORDINGLY.

6 DATED: July 15, 2020

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE