JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARJEET PANNU SINGH, | Case No. EDCV 19-2244 VBF (PVC) |
| Petitioner, | |
| v. | **JUDGMENT** |
| THOMAS GILES, Acting Field Office Director, Immigration and Customs Enforcement, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  July 15, 2020

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE